**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

UNITED STATES OF AMERICA,

                  Plaintiff,

      v.

JONATHAN RODGER NELSON,

                  Defendant.

Case No. 20-00022-01-CR-W-RK

**MOTION OF THE UNITED STATES FOR**
**CONTINUANCE OF A DETENTION HEARING**

Comes now the United States of America, by Timothy A. Garrison, United States

Attorney, and the undersigned Assistant United States Attorney, both for the Western District of

Missouri, and does hereby move the Court for its order granting a continuance of the detention

hearing as provided by Section 3142(f), Title 18, United States Code.

**SUPPORTING SUGGESTIONS**

Title 18, United States Code, Section 3142(f) provides that the appropriate judicial officer

shall hold a hearing to determine whether any condition or combination of conditions set forth in

Section 3142(c) will reasonably assure the appearance of a defendant as required and the safety of

any other person and the community when the attorney for the government moves for a detention

hearing provided by said subsection, or upon the appropriate judicial officer's own motion, also as

provided by Section 3142(f).

Subsection (f) of Section 3142 provides: "The hearing shall be held immediately upon

the person's first appearance before the judicial officer unless that person, or the attorney for the

government seeks a continuance. Except for good cause, a continuance on motion of the person

may not exceed five days, and a continuance on motion of the attorney for the government may not exceed three days.   During a continuance, the person shall be detained . . . ."

The United States desires the continuance to facilitate the acquisition of additional information regarding the above defendant, to evaluate the said information, and to prepare for the hearing.

Respectfully submitted,

Timothy A. Garrison
United States Attorney

By  /s/Alison D. Dunning

Alison D. Dunning
Assistant United States Attorney
Chief, Special Victims Unit
Charles Evans Whittaker Courthouse
400 East Ninth Street, Suite 5510
Kansas City, Missouri   64106
Telephone:   (816) 426-3122

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on January 29, 2020, to the Electronic Filing System (CM/ECF) of the United States District Court for the Western District of Missouri, and a copy of the foregoing will be hand-delivered to the defendant at his first appearance before a judicial officer.

/s/Alison D. Dunning
Alison D. Dunning
Assistant United States Attorney

2